UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARL CIMILUCA, individually and on behalf of all others similarly situated,<br><br>                           Plaintiff,<br><br>- against -<br><br><br>RAGAN & RAGAN, PC and VELOCITY INVESTMENTS, LLC,<br><br>                           Defendant. | Docket No: 3:19-cv-19816-FLW-ZNQ |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)., Plaintiff CARL CIMILUCA hereby dismisses all claims against Defendants RAGAN & RAGAN, PC and VELOCITY INVESTMENTS, LLC in the above-captioned matter, with prejudice. All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:        March 16, 2020

/s/ Ari H. Marcus
Ari H. Marcus, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: ari@marcuszelman.com
*Attorneys for Plaintiff*
*Carl Cimiluca*

SO ORDERED

This 16th day of March, 2020

_____
HONORABLE FREDA L. WOLFSON
CHIEF UNITED STATES DISTRICT JUDGE